```
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2019

SEAN F. McAVOY, CLERK
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARY GLEN JOHANSSON,<br><br>Defendant. | No. 2:19-CR-00137-WFN-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO QUASH WARRANT AND TO ISSUE SUMMONS<br><br>**MOTION GRANTED**<br>**(ECF No. 5)** |

Before the Court is the United States' Motion to Quash Warrant and to Issue Summons, **ECF No. 5**. Assistant U.S. Attorney, Timothy Ohms, recites in his motion that the government has reconsidered the need for an arrest warrant and believes a summons is sufficient.

The Court finding good cause, **IT IS ORDERED** United States' Motion, **ECF No. 5**, is **GRANTED**. The arrest warrant shall be quashed and a summons issued in its place.

**IT IS SO ORDERED.**

DATED September 6, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1